IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:13-cr-04049-BCW-2 |
| JOHN HAWKINS, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #46) denying Defendant's Motion to Dismiss *First, Third, Fifth, Sixth, Seventh and Eighth* Count(s) (Doc. #34). Defendant filed Objections to the Report and Recommendation (Doc. #48). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Dismiss *First, Third, Fifth, Sixth, Seventh and Eighth* Count(s).

IT IS SO ORDERED.

DATED: April 7, 2016           /s/ Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT