IN THE UNITED STATES DISTRICT COURT FOR THE
                            WESTERN DISTRICT OF MISSOURI
                                   CENTRAL DIVISION

                                       MINUTE SHEET

**UNITED STATES OF AMERICA**                              Date: November 8, 2017

vs.                                                       Case No.: 2:13-CR-4049-BCW-02

**John Hawkins**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 11:31 am, Recess: 11:46 am-11:49 am Time Terminated: 11:56 am**

                                       APPEARANCES

Plaintiff's counsel: Catherine A. Connelly, AUSA
Defendant's counsel: Dan Viets
Probation officer: Sam Casey

**PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation on Plea of Guilty. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of BOP for a period of 12 months and 1 day on Count 1 of the Information; followed by 1 year supervised release with mandatory, standard and special conditions. FINE: waived; MSA: $100. Indictment dismissed by motion of the Government. Dft advised of right to appeal. Court recommends placement at a federal medical facility. Defendant shall self-surrender on or before 2 p.m. on January 3, 2018.

---

**Court Reporter: Denise Halasey**
**Courtroom Deputy: T. Lock**